AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**ROSEANN MORRISON, D.P.M.,**

        **Plaintiff,**

**v.**

**KATHLEEN SEBELIUS,**

        **Defendant.**

### JUDGMENT IN A CIVIL CASE

**CASE NO.  2:11-cv-1002**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed June 28, 2013, this case is REMANDED to the Secretary of the United States Department of Health and Human Services for a decision on the merits regarding whether the Secretary's overpayment calculation was correct.  This case is closed.**

Date:  June 28, 2013                JOHN P. HEHMAN, CLERK

                                */S/ Andy F. Quisumbing*
                                (By) Andy F. Quisumbing
                                 Courtroom Deputy Clerk